In the Matter of the Estate of Demitro Maximiuk, a/k/a Demetro Maximiuk, a/k/a Demetro Maksymiuk, a/k/a Dmytro Maksymiuk, Deceased.

Shevchenko Scientific Society, Inc., a Non-Profit Corporation, Plaintiff-Appellant, v. Michael Baran, etc., et al., Defendants.

Michael Baran, a/k/a Michael Baron, Philip T. Wasylowsky, Mary Shpikula, Thomas J. Downs, Public Administrator of Cook County and Unknown Heirs of Demitro Maximiuk, etc., Deceased, Defendants-Appellees.

Gen. No. 48,158.

First District, Third Division.

February 1, 1961.

Stanley Werdell, of Chicago, for appellant; no briefs filed or appearance made by respondents or State's Attorney. Opinion by JUSTICE DEMPSEY. Not to be published in full.